UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD G. TURAY,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF SOCIAL HEALTH SERVICES/SPECIAL COMMITMENT CENTER, KELLY CUNNINGHAM, DOUG MELTON, RRC JANNSEN, RRC FRENCH, and CONTRACT WORKER FOR STATUS ELECTRIC,<br><br>　　　　　　　　　Defendants. | No. C11-5618 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF No. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  7th   day of September, 2011.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 1